FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 19 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 22-CR-01520 JB |
| ) | |
| vs. ) | Counts 1, 3, and 5: 18 U.S.C. § 1951: |
| ) | Interference with Commerce by Robbery; |
| **RICKY EDDIE MARTINEZ, JR.,** ) | |
| **ADELENE URQUIJO,** and ) | Counts 2 and 4: 18 U.S.C. |
| **ASHLEY THOMPSON,** ) | § 924(c)(1)(A)(ii): Using, Carrying, and |
| ) | Brandishing a Firearm During and in |
| Defendants. ) | Relation to a Crime of Violence, and |
| ) | Possessing and Brandishing a Firearm in |
| ) | Furtherance of Such Crime; |
| ) | |
| ) | Count 6: 18 U.S.C. § 924(c)(1)(A)(iii): |
| ) | Using and Carrying a Firearm During and |
| ) | in Relation to a Crime of Violence, and |
| ) | Possessing a Firearm in Furtherance of |
| ) | Such Crime; Discharging Said Firearm; |
| ) | |
| ) | Count 7: 18 U.S.C. § 1951: Interference |
| ) | with Commerce by Attempted Robbery; |
| ) | 18 U.S.C. § 2: Aiding and Abetting; |
| ) | |
| ) | Count 8: 18 U.S.C. §§ 922(g)(1) and 924: |
| ) | Felon in Possession of a Firearm and |
| ) | Ammunition; |
| ) | |
| ) | Count 9: 18 U.S.C. § 3: Accessory after |
| ) | the Fact. |

SUPERSEDING INDICTMENT

The Grand Jury charges:

Count 1

On or about August 9, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, unlawfully obstructed, delayed, and affected

commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of United States currency, in the presence of Jane Doe 1, then employed by Dandy Burger, against Jane Doe 1's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant threatened her with a firearm.

In violation of 18 U.S.C. § 1951.

## Count 2

On or about August 9, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, knowingly used, carried, and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, interference with commerce by robbery as charged in Count 1 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## Count 3

On or about August 10, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of United States currency, in the presence of John Doe 1, then employed by Shell, against John Doe 1's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant threatened him with a firearm.

In violation of 18 U.S.C. § 1951.

## Count 4

On or about August 10, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, knowingly used, carried, and brandished a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, interference with commerce by robbery as charged in Count 3 of this indictment, and in furtherance of such crime, possessed and brandished said firearm.

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## Count 5

On or about August 11, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, unlawfully obstructed, delayed, and affected commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendant unlawfully took and obtained personal property consisting of United States currency, in the presence of Jane Doe 2, then employed by Walgreens, against Jane Doe 2's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant discharged a firearm at her.

In violation of 18 U.S.C. § 1951.

## Count 6

On or about August 11, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, knowingly used and carried a firearm, during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, specifically, interference with commerce by robbery as charged in Count 5 of this

indictment, and possessed said firearm in furtherance of such crime, and the firearm was discharged.

In violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## Count 7

On or about August 16, 2022, in Rio Arriba County, in the District of New Mexico, the defendants, **RICKY EDDIE MARTINEZ, JR.** and **ADELENE URQUIJO**, attempted to unlawfully obstruct, delay, and affect, commerce, and the movement of articles and commodities in such commerce, by robbery, in that the defendants attempted to unlawfully take and obtain personal property consisting of United States currency, in the presence of John Doe 2 and John Doe 3, then employed by Blake's Lotaburger, against John Doe 2's and John Doe 3's will by means of actual and threatened force, violence, and fear of injury, that is, the defendant shot John Doe 2 and pistol whipped John Doe 3.

In violation of 18 U.S.C. §§ 1951 and 2.

## Count 8

Between on or about August 9, 2022, and on or about August 16, 2022, in Rio Arriba County, in the District of New Mexico, the defendant, **RICKY EDDIE MARTINEZ, JR.**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically:

(1) shooting at or from a motor vehicle, and

(2) assault resulting in serious bodily injury,

knowingly possessed a firearm and ammunition, specifically a Rossi, Model 88, .38 caliber revolver, bearing serial number W359107 and .38 caliber ammunition, in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

Count 9

Between on or about August 16, 2022, and on or about August 17, 2022, in Rio Arriba and Santa Fe Counties, in the District of New Mexico, the defendants, **ADELENE URQUIJO** and **ASHLEY THOMPSON**, knowing that an offense against the United States has been committed, specifically, interference with commerce by attempted robbery, did receive, relieve, comfort, and assist an offender, Ricky Eddie Martinez Jr., in order to hinder and prevent an offender's apprehension, trial, and punishment.

In violation of 18 U.S.C. § 3.

FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. §§ 922(g) or 924(c), the defendant, **RICKY EDDIE MARTINEZ, JR.**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense(s), including, but not limited to:

a. a Rossi, Model 88, .38 caliber revolver, bearing serial number W359107; and

b. approximately seven rounds of .38 caliber ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney