AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 04 2023

MITCHELL R. ELFERS
CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 22-CR-1520 JB |
| ASHLEY THOMPSON | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __ASHLEY THOMPSON__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☑ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Count 9: 18 U.S.C. § 3: Accessory after the Fact

Date: 09/19/2023

*K. Hernandez de Sepulveda*
Issuing officer's signature

City and state: Albuquerque, New Mexico

Mitchell R. Elfers, Clerk of Court
Printed name and title

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 09/19/2023, and the person was arrested on *(date)* 12/1/2023 at *(city and state)* Albuquerque, New Mexico. | | |
| Date: 12/04/2023 | | *Arresting officer's signature* |
| | | Byron Abeyta, FBI TFO
Printed name and title |