**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 08 2023

MITCHELL R. ELFERS
CLERK

(Rev. 10/2021) Waiver of Right to Contest Detention

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

vs.

Ashley Thompson

**WAIVER OF RIGHT TO CONTEST DETENTION**
(Rule 5 or 32.1, Fed. R. Crim. P., 18 U.S.C. § 3142)

CASE NUMBER: 1:22-CR-01520-003 JB

I, Ashley Thompson, charged in: (an indictment, ~~complaint, petition~~) [superceding] with Accessory after the fact, Title 18, U.S.C. 3, and having appeared before this Court and been advised of my rights as required by Fed. R. Crim. P. 5 or 32.1 and 18 U.S.C. § 3142, including my right to contest my detention, do hereby waive (give up) my right to contest detention. However, I understand that under 18 U.S.C. § 3142(f), I may ask the Court to reopen my detention hearing at any time before trial if information exists that is not known to me today and that has a material bearing on whether there are conditions of release that will reasonably assure my appearance as required and the safety of any other person and the community.

_____
*Defendant*

Date 12/8/23

_____
*Counsel for Defendant*