IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                                            No. 1:22-cr-01520-JB  
                                                                    No. 1:19-cr-00089-JB

RICKY EDDIE MARTINEZ,

      Defendant.

## JOINT MOTION TO CONTINUE SENTENCING AND EXTEND CORRESPONDING DEADLINES

Defendant Ricky Martinez, through his counsel of record, Carter Harrison, and Plaintiff United States of America, through Assistant United States Attorney Timothy Trembley, respectfully move this Court for a 90-day continuance of Mr. Martinez's sentencing hearings in both of the above matters, currently scheduled for January 6, 2026, and to extend the corresponding deadlines.

                                                Respectfully Submitted,

                                                /s/ *Carter B. Harrison IV*  
                                                Carter B. Harrison IV  
                                                924 Park Ave SW, Suite E  
                                                Albuquerque, NM 87102  
                                                (505) 295-3261  
                                                carter@harrisonhartlaw.com

                                                *Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of December, 2025, I filed the foregoing Motion through the Court's CM/ECF filing system, causing it to be served electronically on all parties through counsel of record as more fully reflected on the Notice of Electronic Filing.

                                                */s/ Carter B. Harrison*
                                                Carter B. Harrison